1  Christopher A. Turtzo; NV Bar No. 10253
   **MORRIS, SULLIVAN & LEMKUL, LLP**
2  3960 Howard Hughes Parkway, Suite 400
   Las Vegas, NV 89169
3  Tel: (702) 405-8100
   Fax: (702) 405-8101
4  turtzo@morrissullivanlaw.com

   Patrick Coughlin (*pro hac vice* forthcoming)
   Carmen Medici (*pro hac vice*)
   Fatima Brizuela (*pro hac vice*)
   Daniel J. Brockwell (*pro hac vice*)
   **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
   600 W. Broadway, Suite 3300
   San Diego, CA 92101
   Tel: (619) 233-4565
   Fax: (619) 233-0508
   pcoughlin@scott-scott.com
   cmedici@scott-scott.com

*Attorneys for Plaintiffs and the Proposed Classes in Rosenbaum v. Permian Resources, Corp., et al*

[Additional attorneys listed on signature page.]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIAN COURTMANCHE, LAURA J. FABER, PATRICIA MANCIERI, DAVID SILVER, and JOSSELYN'S GETAWAY LOG CABINS, LLC, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PERMIAN RESOURCES CORP. f/k/a CENTENNIAL RESOURCE DEVELOPMENT, INC.; CHESAPEAKE ENERGY CORPORATION; CONTINENTAL RESOURCES INC.; DIAMONDBACK ENERGY, INC.; EOG RESOURCES, INC.; HESS CORPORATION; OCCIDENTAL PETROLEUM CORPORATION; and PIONEER NATURAL RESOURCES COMPANY,<br><br>Defendants. | Case No. 2:24-CV-00198<br><br>**NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 42.1**<br><br>**RELATED CASE NOS.:**<br>2:24-CV-00103-GMN-MDC<br>2:24-CV-00150-JCM-DJA<br>2:24-CV-00164-GMN-NJK |

Plaintiffs Daniel Rosenbaum, Reneldo Rodriguez, and Thomas Caron, individually and on behalf of all others similarly situated in *Rosenbaum v. Permian Resources Corp., et al.*, hereby file this Notice of Related Cases.

**I.      Title and Case Number of Each Possibly Related Action:**

- *Rosenbaum v. Permian Resources Corp, et al.*, No. 2:24-cv-00103-GMN-MDC, filed January 12, 2024 ("*Rosenbaum*").
- *Andrew Caplen Installations LLC v. Permian Resources Corp, et al.*, No. 2:24-cv-00150-JCM-DJA, filed January 22, 2024 ("*Caplan Installations*").
- *These Paws Were Made For Walkin' LLC v. Permian Resources Corp, et al.*, No. 2:24-cv-00164-GMN-NJK, filed January 24, 2024 ("*These Paws Were Made For Walkin'*").

**II.     This Case Should be Related to *Rosenbaum v. Permian Resources Corp., et al.***

This case should be related to *Rosenbaum v. Permian Resources Corp., et al.* because both cases involve the same claims based on the same underlying conduct and were brought against the same defendants on behalf of related putative classes (consumers of gasoline and consumers of home heating oil).

The complaints in all four cases assert the same forty-six antitrust, unfair competition, and consumer protection claims against the same eight defendants: Permian Resources Corporation f/k/a Centennial Resource Development Inc.; Chesapeake Energy Corporation; Continental Resources Inc.; Diamondback Energy, Inc.; EOG Resources, Inc.; Hess Corporation; Occidental Petroleum Corporation; and Pioneer Natural Resources Company (collectively, "Defendants"). Each case presents the same facts and evidence to claim that Defendants conspired to restrict the production of shale oil to artificially inflate the price of gasoline and oil sold to consumers in the United States. The only differences are that the instant action brings claims on behalf of persons or entities who purchased home heating oil, while *Rosenbaum* brings claims on behalf of consumers of gasoline for personal use from gas stations, and *Caplen Installations* and *These Paws Were Made For Walkin'* bring these same claims on behalf of persons or entities that purchased gasoline or diesel fuel from a gas station or truck stop for commercial use.

The legal and factual questions at issue in the cases overlap such that assignment to a single district judge will promote judicial efficiency and prevent inconsistent results. Therefore, relating these actions would be far more efficient than keeping them separate.

DATED this 30th day of January, 2024

**MORRIS, SULLIVAN & LEMKUL, LLP**

*/s/ Christopher A. Turtzo*
Christopher A. Turtzo; NV Bar No. 10253
3960 Howard Hughes Parkway, Suite 400
Las Vegas, NV 89169
Tel: (702) 405-8100
Fax: (702) 405-8101
turtzo@morrissullivanlaw.com

*Local Counsel for Plaintiffs*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Patrick J. Coughlin (*pro hac vice* forthcoming)
Carmen Medici (*pro hac vice*)
Fatima Brizuela (*pro hac vice*)
Daniel J. Brockwell (*pro hac vice*)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 233-4565
pcoughlin@scott-scott.com
cmedici@scott-scott.com
fbrizuela@scott-scott.com
dbrockwell@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Patrick McGahan (*pro hac vice*)
Michael Srodoski (*pro hac vice* forthcoming)
Isabella De Lisi (*pro hac vice*)
156 S Main Street
P.O. Box 192
Colchester, CT 06415
Tel: (860) 537-5537
pmcgahan@scott-scott.com
msrodoski@scott-scott.com
idelisi@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Patrick Rodriguez (*pro hac vice* forthcoming)
230 Park Ave., 17th Floor
New York, NY 11069
Tel: (212) 223-6444
prodriguez@scott-scott.com

*Counsel for Plaintiffs*

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of MORRIS, SULLIVAN & LEMKUL, LLP, and that I caused a true and correct copy of the foregoing NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 42.1 to be served via Electronic Service to all parties and counsel identified on the CM/ECF System via electronic notification on this 30th day of January 2024.


                        */s/Dominique Rocha*
**An Employee of Morris, Sullivan & Lemkul**